IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01348–MSK–KMT

VINCENT MARTINEZ,

    Plaintiff,

v.

CAPTAIN FISHER, Department of Corrections,
SERGEANT MORRISON, Department of Corrections,
OFFICER THOMPSON, Department of Corrections,
OFFICER LARSON, Department of Corrections, and
NURSE JANE DOE, Department of Corrections,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of "Defendants' Response to Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 13)" (Doc. No. 16, filed Oct. 10, 2011), Plaintiff's "Unopposed Motion for Leave to File Amended Complaint" (Doc. No. 13, filed Oct. 5, 2011) is GRANTED. The clerk of court shall file Plaintiff's Amended Complaint (Doc. No. 13-1).

Dated: October 11, 2011