IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01348-MSK-KMT

VINCENT MARTINEZ,

    Plaintiff,

v.

CAPTAIN FISHER, Department of Corrections,
SERGEANT MORRISON, Department of Corrections,
OFFICER LARSON, Department of Corrections,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on March 4, 2013, Granting Defendants' Motion for Summary Judgment, it is

ORDERED that final judgment is entered in favor of all defendants and against plaintiff on all claims. Mr. Martinez' claims are dismissed, without prejudice, for failure to exhaust administrative remedies, and the case is deemed closed. It is further

ORDERED that defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 7th day March, 2013.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward Butler
                Edward Butler, Deputy Clerk